Note: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

**v.**

**BROOKS BROTHERS, INC., AND RETAIL BRAND ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

---

2013-1180

---

Appeal from the United States District Court for the Southern District of New York in No. 08-CV-10369, Judge Sidney H. Stein.

---

**ON MOTION**

---

Before PROST, *Circuit Judge.*

**O R D E R**

Raymond E. Stauffer moves without opposition for an extension of time to file his principal brief. Mr. Stauffer

2            RAYMOND STAUFFER v. BROOKS BROTHERS, INC.

further moves for leave to file an enlarged principal brief as well as to supplement the record. Brooks Brothers, Inc. and Retail Brand Alliance, Inc. oppose. Mr. Stauffer replies. The court construes Mr. Stauffer's June 20, 2013 letter as motion to withdraw his motion to supplement the record.

Accordingly,

IT IS ORDERED THAT:

1) The motion to withdraw the motion to supplement the record is granted.

2) The motion to file an enlarged principal brief is denied.

3) The motion for an extension of time is granted. Mr. Stauffer's brief, not to exceed 30 pages, is due within 21 days of this order.

FOR THE COURT

/s/ Daniel O'Toole
Daniel O'Toole
Clerk

s25